```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                      MIAMI DIVISION
                CASE NO. 15-20140-CR-GRAHAM
```

UNITED STATES OF AMERICA,

       Plaintiffs,

vs.

DOMINIQUE JAGNE,

       Defendant.
_____/

### ORDER RE-SCHEDULING HEARING

**THIS CAUSE** came before the Court *sua sponte*.

**PLEASE TAKE NOTICE** that the **Sentencing Hearing** has been rescheduled for **Wednesday, November 18, 2015 at 10:30a.m.,** at the Wilkie D. Ferguson, Jr. United States Courthouse, Thirteenth Floor, Courtroom 13-4, 400 North Miami Avenue, Miami, Florida.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 20th day of October, 2015.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Matthew Langley, AUSA
       Christine Oconnor, AFPD
       U.S. Probation